# FEINBLOOM BERTISCH LLP

## Counselors at Law

**Jeffrey A. Feinbloom**

Tel: (212) 279-5299
Email: jeffrey@fbllp.com

Fax: (914) 294-3057
Website: www.fbllp.com

*MEMO ENDORSED*

Westchester
43 Theodore Fremd Avenue
Rye, NY 10580

New York City
128 East 37th Street, Suite 1
New York, NY 10016

4 January 2021

VIA ECF
Hon. Colleen McMahon
Chief Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*The stay is lifted. Defendants have 30 days to respond to Plaintiff's motion.*

Re: Schwebel v. Crandall / 17-cv-8541-CM

*Colleen McMahon 1/5/2021*

Dear Chief Judge McMahon,

In accordance with the Second Circuit's Order (ECF 60) remanding the Plaintiff's motion for counsel fees (ECF 55), Plaintiff respectfully requests that the Court lift its stay (ECF 51) and either compel Defendants to respond to the motion or schedule a conference to explore a settlement, or take such other action as the Court deems appropriate.

Respectfully submitted,
FEINBLOOM BERTISCH LLP

By: Jeffrey A. Feinbloom

cc: Brandon M. Waterman, AUSA (via ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/05/2021