UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONNIT SCHWEBEL,

        Plaintiffs,

v.

LOREN MILLER, Director Nebraska Service Center, United States Citizenship and Immigration Services; and ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security,

        Defendants.

No. 17 civ. 8541 (CM)

---

### ORDER

McMahon, J:

    I am presently working on the remanded fee motion, insofar as I is in my power to rule thereon. In connection therewith, I would like Plaintiff to provide the Court with the underlying records from which Feinbloom Exhibit F was created. The records can be in the form of printouts of the "Schwebel.hours" database that Mr. Feinbloom used to enter in his time, which he then "edited . . . to reflect subtotals" for his and his partner's work. (Feinbloom Supplemental Decl. at ¶ 5, Dkt. No. 71, Exh. 1). Obviously anything provided to the court must be served on counsel for Defendants. I am not asking for, and I will not consider, any further briefs or written submissions; I simply want the underlying data. Please get it to me by the end of this week.

    Counsel should expect a call from my Senior Law Clerk, James O'Neill, in the next few days. I have tasked Mr. O'Neill with seeing whether this matter can be settled.

Dated: May 18, 2021

                                             U.S.D.J.

BY ECF TO ALL COUNSEL