**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
RONNIT SCHWEBEL,

                Plaintiff,

      -against-                              17 **CIVIL** 8541 (CM)

                                                   <u>**JUDGMENT**</u>

LOREN MILLER, Director, et al.,

                Defendants.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Amended Fee Order dated July 7, 2021, Defendants shall (i) pay the sum of

$52,696 to Plaintiff and (ii) effectuate payment within 60 days of the Order in the following

manner: by check payable to Feinbloom Bertisch LLP, delivered to the following address:

Feinbloom Bertisch LLP, 43 Theodore Fremd Avenue, Rye. NY 10580; or by direct deposit into

the following account: Feinbloom Bertisch LLP, Webster Bank (Rye, NY). Routing

No. 021973019, Account No. 9090093086.

**Dated:** New York, New York

      July 8, 2021

                                     **RUBY J. KRAJICK**
                                _____
                                     **Clerk of Court**
                **BY:**            K. Mango
                                  _____
                                     **Deputy Clerk**